**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOUGLAS GEORGE,

                Plaintiff,                23 **CIVIL** 4918 (RWL)

      -v-                                  **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 22, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and for a new decision to be issued.

**Dated:**  New York, New York
           August 23, 2023

                                                  **RUBY J. KRAJICK**
                                            _____
                                                  **Clerk of Court**

                          **BY:**        _K. Mango_

                                                  _____
                                                  **Deputy Clerk**