UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DOUGLAS GEORGE,                                  :
                                                 :
                          Plaintiff,             :          23-CV-4918 (RWL)
                                                 :
              - against -                        :
                                                 :          **ORDER**
COMMISSIONER OF SOCIAL SECURITY,                 :
                                                 :
                          Defendant.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's Motion for attorney's fees under § 406(b) is GRANTED IN PART.  The Court hereby finds reasonable and authorizes $3,983.05 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits.  The award accounts for the difference between the $5,000.00 requested by Plaintiff under § 406(b), and the amount of EAJA fees Plaintiff likely would have received had he filed an EAJA request – $1,016.95.  *See Fortier v. Commissioner of Social Security*, No. 17-CV-1969, 2024 WL 4264865, at *5-6 (S.D.N.Y. Aug. 13, 2024) (finding that an attorney's fees award should be reduced to account for the difference between the amount requested by Plaintiff, and the maximum amount Plaintiff could have received had they filed for EAJA fees); *Gallo v. Astrue*, No. 10-CV-1918, 2011 WL 5409619, at *3 (E.D.N.Y. Nov. 8, 2011) (same).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2025

1

New York, New York

Copies transmitted this date to all counsel of record.